# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

June 26, 2020

Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *Cuellar v. The Kooples USA Inc. (1:20-cv-4550)*

Dear Judge Wang,

We represent Plaintiff, Ylenia Cuellar, in the above in-captioned case. Defendant has yet to appear in the case or respond to the complaint. Defendant's response to the complaint is due July 6, 2020. We respectfully request that the pre-settlement conference scheduled for June 30, 2020 at 12pm be adjourned until after July 6, 2020. Any date from July 7, 2020 onward works for Plaintiff. This is the first request for an adjournment of the pre-settlement conference.

The Court's consideration is much appreciated.

The 12:00 June 30, 2020 pre-settlement call is hereby adjourned *sine die*. The Court will set a date when Defendant responds to the complaint.

_____
Ona T. Wang 6/29/20
U.S.M.J.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Ylenia Cuellar*

Liebowitz Law Firm, PLLC